FILED

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

Civil Division

2021 DEC 20 PM 1:56

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Francis Keisler

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Metro Nashville police department
Metro sheriff department
Officer person metro Nashville
police department

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. **03-21 0937**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          Metro N Francis Keister

Address          P.O. Box 17142

Nashville          TN          37217
*City*          *State*          *Zip Code*

County          Davidson County

Telephone Number          202 7174588

E-Mail Address          Francis7Keistern7@g.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name          Metro Nashville Police Department

Job or Title *(if known)*

Address          600 Murfreesboro Pike

Nashville          TN          37210
*City*          *State*          *Zip Code*

County          Davidson County

Telephone Number          615- 862-7400

E-Mail Address *(if known)*

☐ Individual capacity          ☑ Official capacity

Defendant No. 2

Name          Metro Davidson County Sheriff

Job or Title *(if known)*          Department

Address

Nashville          TN          37201
*City*          *State*          *Zip Code*

County          Davidson County

Telephone Number          615- 862-8170

E-Mail Address *(if known)*

☐ Individual capacity          ☑ Official capacity

Case 3:21-cv-00937   Document 1   Filed 12/20/21   Page 2 of 13 PageID #: 2

Defendant No. 3

Name　　Officer person

Job or Title *(if known)*　　Metro Nashville police officer

Address　　5101 Harding place

Nashville　　TN　　37211
　　　　　*City*　　　*State*　　　*Zip Code*

County　　Davidson county county

Telephone Number　　615-862-7744

E-Mail Address *(if known)*

☑ Individual capacity　　☑ Official capacity

Defendant No. 4

Name　　General sessions court for

Job or Title *(if known)*　　Davidson County Nashville, TN

Address　　408 2nd Avenue North

Nashville　　TN　　37219
　　　　　*City*　　　*State*　　　*Zip Code*

County　　Davidson county

Telephone Number　　615-862-5222

E-Mail Address *(if known)*

☐ Individual capacity　　☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C 1981 of the equal protection clause of the fourteen amendment of the U.S constitu, and 42 U.S.C 1983, 42 U.S.C. 1968 and U.S.C 18 242 TN code 29-11-107 - TN code 28-3-104 TN code 28 3-103

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 3:21-cv-00937　Document 1　Filed 12/20/21　Page 3 of 13 PageID #: 3

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

(5) Ezekiel OO Individual capacity
4112 Philhan Parkway Antioch, TN 37013
Davidson County

(6) metro Nashville Memorel Library system
5260 Hickory Hollow parkway
Antioch, TN 37013 official capacity
Davidson county.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendents acted in violation of plaintiff civil right under both 42 U.S.C. 1981 emd 42 U.S.C. 1983 with other state Laws including civil conspiracy, malicious proccytion aml violation of plaintiff state law of equal protection under the Law.

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

4112 Phillall Parkway Antioch, Tennessee Estorbridle et Antioch, Tennessee

B.   What date and approximate time did the events giving rise to your claim(s) occur?

10/19/2021
10/23/2021

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On The 19th of October of 2021 I was evicted form a residend at 4112 Philhell parkwy in Antioch, by the Davidson county sheriff department in violation of my civil right. The action was in violation of the fourteen amendment of the equal protection under the Law on the 23 of october of 2021 my vehicle was towed by a metro nashville police officer in violation of my civil right and the fourten amendmed of the equl proctioch under the Law.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE

(11) STATEMENT OF CLAIM

On the 19th of October of 2021 upon my returned back from
a job application I meet all of my belongs on the cube side of
4112 Philhall parkway in Antioch, Tennessee 37013. This is due to
an action taken by the Landlord Mr. OO sometime in July at
the General sessions court for Jackson County Nashville, TN.
Sometime in July about two different occasions upon my
returned from my Armed security license training, I met
met a green sticker with the Jackson County Sheriffs Logo
on it asking me to call a certain officer at the civil ward
division. After no responds from me those stickers keep coming
out to the months of August. sometime in August a notice of
eviction was posted on the main entrance to the home naming.
me the tenant Francis kaiska of been evicted from the
house and I should make arrangement to more out before
the Sheriffs comes for the actual eviction. Since i has'nt
served with any summons or a complaint naming me i
a civil case I did not respond to the notice on the door.
On the 19th of October of 2021 three Jackson County sheriff
Officers came to the house while i was not at home and
broke into my room with the Landlord and took all my belongs
outside to the cubeside on the street. and the lock on the
door to the house apt change. This action by the Landlord
the Sheriffs and the General sessions courts violated by
Constitutional rights to due process, with others federal and
state Laws of due process All three defendants violated my
Civil rights of 42 U.S.C. 1983, 42 U.S.C. 1981 and other state Laws
including Civil conspiracy, malicious prosecution, defamation of
character.

(c) The underlying facts are that the eviction was in violation
of my constitutional rights been evicted by from the house cause
me tremedious pain and suffering which was by direct cause
by the three defendants the Landlord, the Sheriffs and
General sessions courts. i was not served with a summons
neither was a complaint been properly service on me, so the
eviction itself was violated by all means, in violation of
my civil rights, and the Fourteen ammendment of the
equal protected due process to the U.S. Constitution

## (III) STATEMENT OF CLAIM 2

On the 23rd of October of 2021, an officer by the name of person arrived at Estorbonible Ct, in Antioch a street that on the lift of Philhall Parkway in Antioch, upon his arrival officer person knocked at the door of my car, which i did respond by opening the car, I couldn't turns the engine because the battery to the car was out. Officer person asks me what was i doing in the car, reply that i used to lived on 4112 Philhall Parkway less than two blocks to the location give my vehicle was. Officer person returns to his patrol car, in a short time he came back to me with two options neither leave the location with my car, or he will car a tow truck to tot the car from that location, this is after i told him that the battery to the car was down the car won't start so there was no way i could have move the car, and in fact the car was properly parked without blocking any residents entrance, or mailbox. The car was parked on the st public side of the road mue i have been staying since i was arrested on the 19th of October of 2021 to the night the alleged violation took place by officer person. After some reasoning with officer person denying him that he is in violation of my rights because i haven't violated any parking law that could warrant my car been tow, and that. I felt that this is a direct retaliation for my having a pending case against another officer, the police department, the sheriffs department, and officers from the sheriffs department. Officer person went ahead a call a tow truck then my car was towed and a upno dollars tickets been serving to me. Officer person violated my civil rights, and my constitutional rights to the fourteen ammendment to due process under the law. i did not commit any violation for which my car was towed by officer person, nieth the tickets itself was justifiable.

CLAIM OF STATEMENT 3

DEFENDANT NO. 6 Metro Nashville Davidson County Library system

I have been a longtime member of the Metro Library system. I have a membership Card/ Library Card - which gives me the rights to check out materials from the Library System across Davidson County. Using — Antioch the South East Library branch is the Closest to me. I have been using this branch for the past two and half years. but sometime in October of 2021 I was asked off off the Library premises by Security Guards on the instruction of management as I'm able to understand later on. And this happened immediately after summons I came ioning to the County Law department — when a Civil Case involving me as Plaintiff. the instructing by the management of the Library to the security guards to stop me from using the Library premises was a Violation of Civil rights in some extends and other matters relation to states County and City offences, and official that reciaraes federal funding from discriminatory against someone have on race national origin, or other protects activities under federal law. One the Library retaliates of me, and deprived me from using the Facility because I was — an active Civil action against thee County Police department the Sheriff's department and individual officials within illegal was in violation of federal law.

STATEMENT OF CLAIM 4

Defendants Metro Nashville Police Department and Metro Nashville Davidson County Davidson County Sheriff Department and Metro Davidson County Library System, with General Sessions Court all acted in violation of my civil and constitutional rights. The affirmation of both officers persons actions and that of the three sheriff officials that went to my house from the eviction on October 19 2021 shows that both department were not coming standing and accept responsibility for the actions of thier officers. For example, after the october 19 eviction, I reached out to the sheriff's department for the names of the three officials means — the eviction the department did not provide with that information, just like in the other ongoing case. They did everything to stand behind the actions of thier officials — to the point of trying to cover up for them. That is which these parties are proper defendant in this complaint for thier failure to properly trans, and let the officials violated departmental protocols at each time when interacting with the public.

Plaintiff further request that the three officials that went to the house on october 19 for the eviction to be consider witness in this complaint even though plaintiff did not name them as parties but for future discovery, and deposition purposes plaintiff is raising this concern now so that the court may provide an order for the disclosure of this officials during the course of this litigation.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Yes I sustained both Emotional injuries, physico injuries, and other form of injuries including mental, pain and suffering due to plaintiff defendents actions. I visited the E.R twice within the past two months due to an ungoing medical condition related to defendents actions. my first E.R visits was somdtimes i october due to cold and i was afterward to the hospital months before october and december due to swollen feets and souther Hills medical Center

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'm requesting the amount of four Hundred and softy five million Dollars for actual, and punitive damages from defendants 1-2-3-4 and 6, and other dams for pain and suffering, Medical bills, future medical bills, and other appropriat reliers deem might by the cured. I also ask the court to vacate Judrement enterd against me by the General Sessions court. and an award of 3 million dollars for punitive anda actual damages from defendent 5 and including pain and suffering intentional inflictin of pain and suffering

1) PLAINTIFF MAKES THE FOLLOWING DEMAND FOR RELIEF

Four Hundred and Sixty thousand dollars from defendants metro Nashville police department, metro Nashville sheriff department, metro General sessions court for Davidson county clancakee, Tennessee, metro library system officer nercury in the official capacities officer nerson is mentle in this demand for relief in his official and individual capacity. Plaintiff also, demand that the court award other damages as deem necessary and just to plaintiff any of those asks for which include, punidific damages ae pleatul damakes, pain and suffring, intenti infliction of emotional distress, medical bills, feture medical bills lost of income from the time of the illegal action of defendants till the end of this proceeding. Plaintiff also demands that this court <u>vacates</u> the General sessions Judlement awarded to plaintiff for the landlord Mr. Erehiy 00, who is also a defendents in this foregoing proceedings.

<u>Relief from Defendant (5) Erehiy 00. Plaintiff</u> Demands the some of three millions dollars from defendant number 5 for this rape in this conspiratory acts agist plaintiff for the follcuy primitive damages, actual damages, pain and suffering, intentional inflection of emotionul distress, medical bills feture medical bill lost wages, from the time of the illegal action till this time and till the end of this action. Plaintiff further request that the Judgement award to him by the General session court to be vacated.

The actions of the landlord, the sheriffs general sessions courts and office person causing me tremendous pain and suffering from the 19th of october 2021 to the present moment this complaint is been file. After been evicted I became homeless my car was my place of rest during the nights, after it got towed on the 23 of 2021 things get bad for me when i was left on the street between Andrews road, and Smith spring road, be at gas station, rect center, Grocery stores and restaurants just to keep warm, and keep going. The action of the the these Defendants caused me many other physical, emotional, and metal pains and suffering. For example from the 23 of october 2021 the night my car was towed i have been homeless, sleeping on the street in the open been exposed to extreme cold weather which has led me to two ER visits within the past two months. Not only been exposed to cold weather i have also been exposed to other hazardious conditions like been at gas stations, any place with electricity, i have been eating cereals most of the time, i have to walk miles everytime it rains to go to the laundry matt to do laundry, because my clothes will get wett due to been outdoor while i have no place to stay when it rains, i also have to eat from gas station, on the sides of the roads, on the steps of business premises this is all due to defendants actions. — illegaly evicting me, and secretly towing my car for no reason, in violation of my civil rights. This actions has caused me a lot of pain and suffering. I went to the Hospital for swelling feets on both of my feets due to the prolong exposure to the cold weather. Injury is due to defendants actions.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12/20/2021

Signature of Plaintiff

Printed Name of Plaintiff  FRANCIS KEISTER

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

_____ _____ _____
City            State           Zip Code

Telephone Number  _____

E-mail Address  _____